JOSEPH A. WESTBROOK AND WIFE vs. ISAAC A. MERRITT.

An affidavit for a motion to change the venue, must state the town, village or particular place of residence of the witnesses, in addition to the county. Stating the *county only* is not sufficient.

*Motion by defendant to change the venue.*—This was a motion to change the venue from the county of Ulster to the county of Delaware, on the usual printed form of affidavit. The defendant, stated "A. B.,

&c., (naming his witnesses,) *of the county of Delaware*, are and each and every one of them is a material witness, &c."

A. Taber, *Defts Counsel.*        Parker and Palmer, *Defts Attys.*

J. Edwards, *Plffs Counsel.*        M. Schoonmaker, *Plffs Atty.*

The point taken in opposition to this motion was, that the affidavit was defective, *in not stating the town, village or particular place of residence* of the witnesses, in addition to the county.

Jewett, Justice.—Held the objection a good one, and denied the motion with costs, without prejudice.